## GILBERT v. H. C. BAY COMPANY.

[No. 13,188.   Filed April 3, 1928.]

W. H. Eichhorn, Frank W. Gordon and John H. Edris, for appellant.
Joseph W. Hutchinson and Henry L. Humrichouser, for appellee.

REMY C. J.—Affirmed, on authority of Johnson v. Cole (1928), ante 678, 161 N. E. 700.

## NORTHERN INDIANA PUBLIC SERVICE COMPANY v. BAKER.

[No. 12,952.   Filed April 5, 1928.]

James M. Barrett, James M. Barrett, Jr., R. Earl Peters and Phil M. McNagney, for appellant.

PER CURIAM.—Affirmed, on authority of Northern Indiana Gas, etc., Co. v. Thomas (1921), 77 Ind. App. 247, 133 N. E. 393.

## DAUGHERTY v. TECUMSEH-PLAINVILLE PACKING COMPANY.

[No. 13,002.   Filed February 23, 1928.   Rehearing denied April 6, 1928.]

John Devine, H. S. Foncannon, W. P. Dennigan and W. C. Cullup, for appellant.

PER CURIAM.—Affirmed.